# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF MISSOURI
# WESTERN DIVISION

**DELLA M. TEMPLETON**,                           Civil File No. 11-CV-00293

      Plaintiff,

vs.                                        **STIPULATION OF DISMISSAL**
                                                 **WITH PREJUDICE**

**PORTFOLIO RECOVERY ASSOCIATES, LLC**,

      Defendant.

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), the plaintiff Della M. Templeton, and the defendant, Portfolio Recovery Associates, LLC hereby stipulate to the dismissal of the above-styled case and any claims that were raised or that could have been raised in this action, <u>with prejudice</u>, each side to bear its own costs and attorneys fees.

                                                   Respectfully submitted,

Dated:  <u>June 21, 2011</u>                  By: <u>/s/J. Mark Meinhardt</u>
                                                   J. Mark Meinhardt, #53501
                                                   4707 College Boulevard, Suite 100
                                                   Leawood, KS 66211
                                                   Telephone: (913) 451-9797
                                                   Facsimile: (913) 451-6163
                                                   Meinhardtlaw@sbcglobal.net
                                                   ATTORNEY FOR PLAINTIFF

Dated:  <u>June 21, 2011</u>                  By: <u>/s/Johnny S. Wang</u>
                                                   Johnny S. Wang, #57748
                                                   Hinshaw & Culbertson LLP
                                                   Gatgeway One
                                                   701 Market Street, Suite 1200
                                                   St. Louis, MO 63101-1843
                                                   Telephone: (314) 241-2600
                                                   Facsimile: (314) 241-7428
                                                   jwang@hinshawlaw.com

ATTORNEY FOR DEFENDANT