IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| DELLA M. TEMPLETON, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Case No. 11-0293-CV-W-ODS |
| | ) |
| PORTFOLIO RECOVERY ASSOCIATES, LLC, | ) |
| | ) |
| Defendant. | ) |

## ORDER OF DISMISSAL

Pursuant to the parties' stipulation, this case is DISMISSED WITH PREJUDICE. Each party is to bear his, her or its own costs.

IT IS SO ORDERED.

Date: June 21, 2011                    /s/ Ortrie D. Smith
                                       ORTRIE D. SMITH, JUDGE
                                       UNITED STATES DISTRICT COURT